KELLY M. MULDOWNEY, Respondent, v JEFFREY J. ROGOWSKI, Appellant, and JOSEPH PALCZAK, Respondent. [890 NYS2d 888]—

Present—Smith, J.P., Fahey, Carni and Green, JJ.

AIR CHARTER TEAM, INC., Respondent, v CATERING SPECIALISTS, LLC, Appellant. [890 NYS2d 887]—

Present—Smith, J.P., Fahey, Carni and Green, JJ.